# In the United States Court of Federal Claims

No. 09-857C

(Filed:  December 15, 2009)

_____

ELECTRONIC DATA SYSTEMS, LLC,

           Plaintiff,

    v.

THE UNITED STATES,

           Defendant.

_____

**ORDER**

_____

A telephonic status conference will be held in this case on Friday, December 18, 2009, at 10:00 a.m. (EST).  Chambers will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge