# In the United States Court of Federal Claims

No. 09-857C

(Filed:  December 18, 2009)
_____

ELECTRONIC DATA SYSTEMS, LLC,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant,

  and

BAE SYSTEMS INFORMATION
TECHNOLOGY INC.,

        Defendant-Intervenor.
_____

**ORDER**
_____

      Today, a preliminary conference was held in this case.  Participating in the conference were Richard Conway, for plaintiff, David Hibey, for defendant, and Michael Charness for defendant-intervenor.  Based on discussions during the conference, it was agreed that:

    1.    On or before December 31, 2009, defendant shall file the administrative record on a CD-ROM, and shall effectuate service to all parties via messenger.

    2.    On or before January 6, 2010, a courtesy copy of the administrative record, in paper form, shall be delivered to chambers.

    3.    On or before January 6, 2010, plaintiff shall file its motion to supplement the administrative record, if necessary.

    4.    On or before January 14, 2010, plaintiff shall file its motion for judgment on the administrative record.

5. On or before January 28, 2010, defendant shall file its cross-motion for judgment on the administrative record and its response to plaintiff's motion.

6. On or before February 10, 2010, plaintiff shall file its response to defendant's motion and its reply in support of its motion for judgment on the administrative record.

7. On or before February 24, 2010, defendant shall file its reply in support of its cross-motion for judgment on the administrative record.

8. Oral argument on these motions will be held on March 1, 2010, at 10:00 a.m. (EST) at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. The courtroom location will be posted in the lobby on the day of the oral argument.

9. Defendant shall not be required to file a response to the complaint in this matter.

**IT IS SO ORDERED.**

s/ Francis M. Allegra<br>
Francis M. Allegra<br>
Judge