# In the United States Court of Federal Claims

No. 09-857C

(Filed:  April 29, 2010)

_____

ELECTRONIC DATA SYSTEMS, LLC,

                  Plaintiff,

      v.

THE UNITED STATES,

                  Defendant,

     and

BAE SYSTEMS INFORMATION
TECHNOLOGY INC.,

                  Defendant-Intervenor.

_____

**ORDER**

_____

On April 26, 2010, the court issued a sealed opinion in this case denying plaintiff's motion for judgment on the administrative record and granting defendant's and defendant-intervenor's cross-motions for judgment on the administrative record.  The Clerk is directed to dismiss the complaint, no costs.

      **IT IS SO ORDERED**.


                                      s/ Francis M. Allegra_____
                                      Francis M. Allegra
                                      Judge